Certification filed January 6, 2022



## In The

# Elebenth Court of Appeals

## No. 11-21-00194-CV

## IN THE MATTER OF THE ESTATE OF ESTHER ABELL DENTON, DECEASED

**On Appeal from the County Court at Law No. 2
Midland County, Texas
Trial Court Cause No. P14779**

### CERTIFICATION

I have reviewed the "Motion to Recuse or Disqualify Justice W. Bruce Williams From This Case" filed in this cause on December 27, 2021. To the extent the document seeks my recusal or disqualification, I have reviewed the document in chambers. *See* TEX. R. APP. P. 16.3(b). I find no reason to recuse or disqualify myself and, under Rule 16.3(b), certify the issue of my recusal or disqualification to the entire court for a determination by the other justices of this court. *See Manges v. Guerra*, 673 S.W.2d 180, 185 (Tex. 1984); *McCullough v. Kitzman*, 50 S.W.3d 87, 88 (Tex. App.—Waco 2001, pet. denied).

W. BRUCE WILLIAMS
JUSTICE